**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| SAYON BESTMAN, | * | MOTION TO VACATE |
| BOP Reg. #72627-019, | * | 28 U.S.C. § 2255 |
| | * | |
| Petitioner, | * | |
| | * | CRIMINAL ACTION NO. |
| v. | * | 1:21-CR-00385-ELR-JSA-6 |
| | * | |
| UNITED STATES OF AMERICA, | * | CIVIL ACTION NO. |
| | * | 1:24-CV-02863-ELR |
| Respondent. | * | |
| | * | |

**O R D E R**

This matter is before the Court for consideration of the Report and
Recommendation ("R&R") of Magistrate Judge Justin S. Anand. [Doc. 281].
Petitioner filed a *pro se* §2255 Motion. [Doc. 269]. Judge Anand recommends that
Petitioner's § 2255 Motion [Doc. 269] be denied with prejudice and a Certificate of
Appealability be denied.

After conducting a careful and complete review of a magistrate judge's findings
and recommendations, a district court judge may accept, reject, or modify a magistrate
judge's R&R. 28 U.S.C. § 636(b)(1)(C); <u>Williams v Wainwright</u>, 681 F.2d 732 (11th
Cir. 1982). No objections to the magistrate judge's R&R have been filed, and

therefore, the Court has reviewed the R&R for plain error. See <u>United States v Slay</u>, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R [Doc. 281] as the Opinion and Order of this Court. For the reasons stated in the R&R, the Court **DENIES** Petitioner's Motion to vacate sentence under 28 U.S.C. § 2255. [Doc. 269]. Additionally, the Court **DECLINES** to issue a certificate of appealability. The Court **DIRECTS** the Clerk to **CLOSE** the civil case associated with Petitioner's § 2255 Motion: Civil Action No. 1:24-CV-02863-ELR.

**SO ORDERED**, this 28th day of April, 2025.

Eleanor L. Ross
United States District Judge
Northern District of Georgia